AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MAREIO ANTONIO BELL,

       Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 620-077

WARDEN; DEPUTY WARDENS; and
ADMINISTRATION of GEORGIA STATE PRISON,

       Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 25, 2020, Plaintiff's request to proceed in forma pauperis is DENIED and this action is DISMISSED without prejudice; therefore, Plaintiff's motions for Temporary Restraining Order, Immediate Order for Medical Care and Motion to set Complaint as moot are DENIED as moot.  This case stands CLOSED.



09/25/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03